

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2020

No. 04-19-00823-CV

John (Jack) **PALAU,**
Appellant

v.

**ACT INVESTMENTS, INC.**; Capacity Builders, Inc.; and Deborah Montgomery,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-144
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Although the appellate record is not yet complete, on February 7, 2020, Appellant filed a motion for extension of time to file his brief. *See* TEX. R. APP. P. 38.6(a).

Appellant's February 7, 2020 motion for extension of time to file the brief is MOOT. Appellant's brief will be due thirty days after the appellate record is complete. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court